# MINUTES

CASE NUMBER: CR NO. 12-01253LEK

CASE NAME: USA vs. (02) LINTON NICHOLSON

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi          REPORTER:

DATE: 11/21/2013                    TIME:

COURT ACTION: EO: Sentencing currently set for 12/19/2013 at 02:45 PM is continued to 3/13/2014 at 02:00 PM before Judge Leslie E. Kobayashi.

Defendant's Attorney Lynn E. Panagakos to prepare Stipulation Continuing Sentencing for the Court's consideration.

Submitted by: Warren N. Nakamura, Courtroom Manager