FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

JONATHAN M. F. LOO
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Jonathan.Loo@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 12-01253 LEK |
| | ) | |
| Plaintiff, | ) | SECOND STIPULATION AND ORDER |
| | ) | TO CONTINUE SENTENCE |
| vs. | ) | |
| | ) | |
| LINTON NICHOLSON,    (02), | ) | Old Date:  March 13, 2014 |
| | ) | New Date:  May 29, 2014 |
| Defendant. | ) | Time:  2:00 p.m. |
| | ) | Judge:  Hon. Leslie E. Kobayashi |

SECOND STIPULATION AND ORDER TO CONTINUE SENTENCE

IT IS HEREBY STIPULATED by and between the parties herein that the sentencing hearing presently scheduled for March 13, 2014, be continued to May 29, 2014, at 2:00 p.m., before Judge Leslie E. Kobayashi.

The reason for the continuance is that both counsel are currently in trial in United States v. Fouina C. Toilolo, et al., Cr. No. 11-00506 LEK and need additional time to prepare

for sentencing.  Also, Nicholson's cooperation is not yet complete with respect to other participants in California he has identified and an indictment for them has not yet been obtained.

     DATED:  January 17, 2014, at Honolulu, Hawaii.

                          FLORENCE T. NAKAKUNI
                          United States Attorney
                          District of Hawaii

                          By /s/ Jonathan M. F. Loo
                             JONATHAN M. F. LOO
                             Assistant U.S. Attorney

                             /s/ Lynn Panagakos
                             LYNN PANAGAKOS
                             Attorney for Defendant
                               Linton Nicholson

     IT IS APPROVED AND ORDERED:

     DATE: January 23, 2014, at Honolulu, Hawaii.



                            /s/ Leslie E. Kobayashi
                            Leslie E. Kobayashi
                            United States District Judge

United States v. Falefia Fuamatu; Cr. No. 12-01253 LEK
 "Second Stipulation and Order to Continue Sentence"