LYNN E. PANAGAKOS          7696
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone: (808)542-9943
Facsimile (808) 566-0347
E-mail: lynnpanagakos@yahoo.com

Attorney for Defendant
LINTON NICHOLSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR No. 12-01253 LEK |
|---|---|
| Plaintiff, | |
| v. | DEFENDANT LINTON NICHOLSON'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| LINTON NICHOLSON, | |
| Defendant. | |

**DEFENDANT LINTON NICHOLSON'S SENTENCING STATEMENT**

Defendant Linton Nicholson, by and through undersigned counsel, hereby states that he has no objections or comments to his draft presentence report.

DATED: April 17, 2014, Honolulu, Hawaii.

                                                       /s/ *Lynn E. Panagakos*
                                                       LYNN E. PANAGAKOS
                                                       Attorney for Defendant
                                                       LINTON NICHOLSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>LINTON NICHOLSON,<br><br>                    Defendant. | CR No. 12-01253 LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing document to be served on the following parties at their last known addresses as indicated below to their respective addresses:

| | **Hand Delivery** | **E-mail** | **CM/ECF** |
|---|---|---|---|
| Jonathan M.F. Loo,<br>  Assistant U.S. Attorney<br>Jonathan.Loo@usdoj.gov | | ✖ | ✖ |
| Carter A. Lee,<br>  U.S. Probation Officer<br>poclee@hip.uscourts.gov | | ✖ | |

DATED: April 17, 2014, Honolulu, Hawaii.

            /s/ *Lynn E. Panagakos*
            LYNN E. PANAGAKOS
            Attorney for Defendant
            LINTON NICHOLSON